## EAKLE v. COMMONWEALTH.

(Decided October 17, 1930.)

Lawrence & Carter and Sam Robinson for movant.

J. W. Cammack, Attorney General, and Howard Smith Gentry, for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $100 and 30 days in jail.

Appeal denied; judgment affirmed.

## RICHEY v. COMMONWEALTH.

(Decided October 17, 1930.)

M. J. Hennessey for movant.

J. W. Cammack, Attorney General, and M. Hargett for the Commonwealth.

PER CURIAM. Judgment of conviction for involuntary manslaughter, imposing a fine of $1,000.

Appeal denied; judgment affirmed.

## VANOVER v. COMMONWEALTH.

(Decided October 24, 1930.)

John D. W. Collins for movant.

J. W. Cammack, Attorney General, and Howard Smith Gentry, for the Commonwealth.

PER CURIAM. Judgment of conviction for breach of the peace, imposing a fine of $50.

Appeal denied; judgment affirmed.